UNIVERSITY OF ILLINOIS, No. 624—

*Opinion submitted April 26, 1934.*

By THE COURT.

As the business of the University of Illinois is not that of maintaining and operating buildings, as construed by the courts, the service of a mechanic regularly employed in the maintenance and repair of the buildings would not bring such employment within the Workmen's Compensation Act. Upon the facts stated, (see *Lombard College* vs. *Industrial Commission,* 294 Ill. 548). No award is recommended.